IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| DAVID E. HARVEY BUILDERS, INC., d/b/a HARVEY-CLEARY BUILDERS,<br><br>Plaintiff,<br><br>v.<br><br>TYSONS CORNER HOTEL I LLC,<br><br>Defendant. | Case No. 1:16-cv-00853 (LO/TCB) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties that have appeared in the above-captioned action, by undersigned counsel, hereby dismiss this action in its entirety (including both the Plaintiff's Complaint and the Defendant's Counterclaim) with prejudice. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

MOORE & LEE, LLP

_/s/_____
Charlie C.H. Lee (Va. Bar No. 30410)
Jason C. Constantine (Va. Bar No. 68053)
Spencer D. Kiggins (Va. Bar No. 78685)
1751 Pinnacle Drive, Suite 1100
McLean VA 22102
(703) 506-2050 / (703) 506-2051 (fax)
c.lee@mooreandlee.com
j.constantine@mooreandlee.com
s.kiggins@mooreandlee.com

_Counsel for Plaintiff_

KATTEN MUCHIN ROSENMAN LLP

_/s/_____
Joseph F. Fiorill (Va. Bar No. 89972)
S. Scott Morrison (admitted _pro hac vice_)
Nicole Lynn Kobrine (admitted _pro hac vice_)
2900 K Street NW, North Tower – Suite 200
Washington DC 20007
(202) 625-3500 / (202) 298-7570 (fax)
joseph.fiorill@kattenlaw.com
scott.morrison@kattenlaw.com
nicole.kobrine@kattenlaw.com

_Counsel for Defendant_