IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| DAVID E. HARVEY BUILDERS, INC., d/b/a/ HARVEY-CLEARY BUILDERS,<br><br>*Plaintiff*,<br><br>v.<br><br>TYSONS CORNER HOTEL I LLC,<br><br>*Defendant*. | Civil No. 1:16-cv-853<br><br>Hon. Liam O'Grady |

### ORDER

Upon consideration of the Parties' stipulation of dismissal (Dkt. No. 35), and for good cause shown, all claims in this case are hereby **DISMISSED** with prejudice.

It is **SO ORDERED.**

Liam O'Grady
United States District Judge

December 15, 2016
Alexandria, Virginia

1